IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN HUTCHINSON, ) | Case No. 8:10 CV 124 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER FOR DISMISSAL** |
| BRYAN LGH HEALTH SYSTEM ) | |
| and LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendants. | |

THIS MATTER came on to be heard upon the stipulation of the parties hereto that the above-captioned action be dismissed with prejudice to a new action, each party to pay their own costs, and complete record waived.

The court, being fully advised in the premises, finds that such an Order should be entered.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice to a new action, each party to pay their own costs and complete record waived.

DATED this 29th day of November, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge

PREPARED AND SUBMITTED BY:
Steven M. Lathrop #16602
Hauptman, O'Brien, Wolf & Lathrop, P.C.
1005 So. 107th Avenue, Suite 200
Omaha, Nebraska  68114
(402) 390-9000